MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
334 W. Shaw Avenue, Suite A
Fresno, California 93704
Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**KATHERINE E. VALVERDE**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>     vs.<br><br>Katherine E. Valverde,<br><br>       Defendant. | Citation No.: 6:17-mj-00081-MJS<br><br>STIPULATION TO CONTINUE ARRAIGNMENT; AND ORDER THEREON<br><br>Division: Eastern District, Fresno<br>Magistrate: Hon. Michael J. Seng<br>Date: September 27, 2017<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, U.S. Park Service Legal Officer, and Defendant KATHERINE E. VALVERDE by and through her attorney of record, Michael Mitchell, that the arraignment in the above-captioned matters set for September 27, 2017 at 10:00 a.m., be vacated, and the matter be set for arraignment on October 18, 2017 at 10:00 a.m.  This request is made due to the fact that Michael E. Mitchell has conflicting adult and juvenile court matters scheduled in Fresno Superior Court on September 27, 2017.


DATED: September 12, 2017        /S/ Michael E. Mitchell
                                          Michael E. Mitchell Attorney for Defendant
                                          Katherine E. Valverde


DATED: September 12, 2017        /s/ Susan St. Vincent_____
                                          Susan St. Vincent, Acting Legal Officer
                                          National Park Service

## ORDER

The Court accepts the above Stipulation and adopts is terms as the Order of this Court. Accordingly, the September 27, 2017 Initial Appearance for Katherine E. Valverde, Case No. 6:17-mj-00081-MJS, is continued to October 18, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 22, 2017      /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE