MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**EUNICE KATHERINE VALVERDE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUNICE KATHERINE VALVERDE,<br><br>Defendant. | Case No. 6:17-mj-00081-MJS<br><br>STIPULATION TO APPEAR VIA RULE 43 WAIVER; AND ORDER THEREON<br><br>Date: October 18, 2017<br>Time: 10:00 a.m.<br>Dept: Yosemite Magistrate Court |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, Eunice Katherine Valverde by and through her attorney of record, Michael Mitchell, that Ms. Valverde may appear pursuant to F.R. Crim. P. 43(b)(2) for status conferences and motions through counsel. Ms. Valverde may appear via video conference for arraignment from the district court closest to her home in Long Beach, California and must be personally present for taking of plea, sentencing, or at trial unless there is a further order of the court.

DATED: October 2, 2017        /s/ Michael E. Mitchell_____
                              Michael E. Mitchell Attorney for Defendant
                              EUNICE KATHERINE VALVERDE

DATED: October 2, 2017        /s/ Susan St. Vincent_____
                              Susan St. Vincent, Acting Legal Officer
                              National Park Service

# ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that Defendant, Eunice Katherine Valverde (Ms. Valverde), may appear via video conference at a United States District Court near her home in Long Beach, California for arraignment in Case No. 6:17-mj-00081-MJS PROVIDED that Defendant make suitable and timely arrangements with Courtroom Deputy Megan Bernacchi for same. Further, Ms. Valverde's presence is waived for all status conferences and motions. Ms. Valverde is ordered to be personally present for taking of plea, sentencing, or at trial absent further order of the court to the contrary.

IT IS SO ORDERED.

Dated: October 10, 2017      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE