MICHAEL E. MITCHELL, #240199
**MITCHELL LAW GROUP, INC.**
335 W. Shaw Avenue, Suite A
Fresno, California 93704

Telephone: (559) 222-2424
Facsimile: (559) 222-2434

Attorney for Defendant
**EUNICE KATHERINE VALVERDE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EUNICE KATHERINE VALVERDE,<br><br>    Defendant. | Case No. 6:17-mj-00081-MJS<br><br>STIPULATION TO TAKE PLEA AND SENTENCE VIA VIDEO CONFERENCE ORDER THEREON<br><br>Date: May 15, 2018<br>Time: 10:00 a.m. |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, Acting Legal Officer for the National Park Service, and, Defendant, Eunice Katherine Valverde by and through her attorney of record, Michael Mitchell, that Ms. Valverde may appear pursuant to F.R. Crim. P. 43(b)(2) through counsel and may appear via video conference for entry of plea and sentencing to a charge of 36 CFR § 4.2, incorporating California Vehicle Code § 23103, pursuant to CVC § 23103.5 – Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol or drugs was a factor.

DATED: April 20, 2018                    /s/ Michael E. Mitchell_____
                                                      Michael E. Mitchell Attorney for Defendant
                                                      EUNICE KATHERINE VALVERDE

DATED: April 20, 2018                    /s/ Susan St. Vincent_____
                                                      Susan St. Vincent, Acting Legal Officer
                                                      National Park Service

**ORDER**

The Court hereby denies the request to appear via video conference. Defendant to appear in person on May 15, 2018 at 10:00 a.m. in the U.S. District Court in Yosemite.

IT IS SO ORDERED.

Dated:   May 2, 2018                        /s/ *Jeremy D. Peterson*
                                                                    UNITED STATES MAGISTRATE JUDGE