Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>EUNICE KATHERINE VALVERDE,<br><br>Defendant. | Docket Number: 6:17-MJ-0081-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 16, 2019. To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on May 15, 2018.

.

Dated: April 15, 2019                     NATIONAL PARK SERVICE

                                                           /S/ Susan St. Vincent
                                                           Susan St. Vincent
                                                           Legal Officer

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 16, 2019 in the above referenced matter, *United States v. Valverde, 6:17-MJ-0081-JDP*, be vacated.

IT IS SO ORDERED.

Dated: April 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE